MARTHA LAMBERT ET AL., RESPONDENTS, v. TRENTON AND MERCER COUNTY TRACTION CORPORATION, APPELLANT.

Argued May 28, 1929—Decided February 3, 1930.

For the respondents, *Martin P. Devlin.*

For the appellant, *Edward L. Katzenbach.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, KALISCH, LLOYD, CASE, BODINE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.